UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARLEX ALEXIS LINARES
CALAFELL,

      Petitioner,

    v.                       Case No.:  2:26-cv-01805-SPC-KRH

U.S. ATTORNEY GENERAL *et al.*,

      Respondents,

---

## OPINION AND ORDER

Before the Court are petitioner Arlex Alexis Linares Calafell's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 7).

Linares Calafell is a native of Cuba who was paroled into the United States in 2000. He was convicted of firing a weapon into a building, possession of cocaine, and trespassing in 2006, and an immigration judge ordered him removed to Cuba in 2007. Immigration and Customs Enforcement ("ICE") detained him until November 13, 2008, when it released him on an order of supervision. Linares Calafell was convicted of marijuana possession in 2015 and battery and drug trafficking in 2017. When Linares Calafell completed his prison sentence in March 2026, ICE took him into its custody, notified him that it had revoked his release under 8 C.F.R. § 241.13(i) because he violated a condition of release, and conducted an informal interview. Linares Calafell

argues his detention is unlawful because there is no significant likelihood of removal in the reasonably foreseeable future.

Even assuming there is no significant likelihood of removal in the reasonably foreseeable future, Linares Calafell's current detention is lawful. 8 C.F.R. § 241.13(i) allows ICE to revoke release when a noncitizen violates a condition of release. *See also Zadvydas v. Davis*, 533 U.S. 678, 700 (2001) (holding that a noncitizen released on conditions "may no doubt be returned to custody upon a violation of those conditions"). Linares Calafell violated a condition of his release by committing the crime of drug trafficking. ICE complied with § 241.13(i) by providing Linares Calafell written notice of the reason for revocation and an opportunity to address that reasons in an informal interview. Linares Calafell "may be continued in detention for an additional six months in order to effect [his] removal, if possible, and to effect the conditions under which [he] had been released." 8 C.F.R. § 241.13(i)(1). After that six-month period, Linares Calafell may request review of his detention by the HQPDU. *See* 8 C.F.R. § 241.13(j).

It appears ICE has thus far complied with the applicable regulation and afforded Linares Calafell the process he is due. His detention is lawful.

Accordingly, it is hereby

**ORDERED:**

Arlex Alexis Linares Calafell Petition for Writ of Habeas Corpus (Doc. 1)

is **DENIED**.  The Clerk is **DIRECTED** to terminate any pending motions and

deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on June 16, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record